Benjamin Wright
Wright Law Offices
1418 North Scottsdale Road, Ste 222
Scottsdale, Arizona 85257
480-505-9276
480-717-3380 (fax)
bwright@wloaz.com
Attorney for the Debtors

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>JAMES LEO McEWEN, | In Proceedings Under Chapter 13<br>Case No. 4:14-bk-15039-BMW<br>SUPPLEMENT TO RULE 2016 STATEMENT OF DISCLOSURE OF COMPENSATION AND AFFIDAVIT OF DEBTORS' ATTORNEY |

Benjamin Wright submits the following statement in compliance with 11U.S.C. §§ 329(a) and Bankruptcy Rule 2016(b):

1. Pursuant to 11 U.S.C. §329(a) and Bankruptcy Rule 2016(b), I certify that I am the Attorney for the above-named Debtors and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me for services rendered or to be rendered on behalf of the Debtor in contemplation of or in connection with the bankruptcy case is as follows:
    a. Debtor has agreed to pay $4,500.00 for attorney services in this matter.
    b. Counsel has been paid $467.00 prepetition.
2. The source of compensation paid was:
    (x) Debtor
    ( ) Other
3. I am an Attorney duly admitted to practice in the State of Arizona and representation of this matter will take place in the State of Arizona
4. I practice law under the firm name of Wright Law Offices, PLC (1418 N. Scottsdale Rd., #222, Scottsdale, AZ 85257).

1

5. I am unable to appear at the meeting of creditors with Debtor. I have agreed to share the amount of $75.00 with Attorney Asheton B. Call, who has filed a notice of appearance limited to the first meeting of creditors. There is no other agreement of any nature, as to the sharing of any compensation to be paid.

| | |
|---|---|
| November 5, 2014<br>Date | /s/Benjamin Wright<br>Benjamin Wright<br>Wright Law Offices<br>1418 North Scottsdale Road, Ste 222<br>Scottsdale, Arizona 85257<br>Attorney for Debtor |

Copy of the foregoing mailed/emailed
this 5th day of November, 2014, to:

U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003
Email: USTPRegion14.PX.ECF@USDOJ.GOV

Dianne C. Kerns
7320 N. La Cholla #154 PMB 413
Tucson, AZ 85741-2305
mail@dcktrustee.com

Christina Marie Harper
The Mortgage Law Firm PC
301 E. Bethany Home Road, #A227
Phoenix, AZ 85012
christina.harper@mtglawfirm.com

Creditors and parties appearing on the
attached mailing list not appearing above

By: /s/ Meribah Ratliff