Dianne C. Kerns, Trustee
Office of Chapter 13 Bankruptcy
PMB #413
7320 N. La Cholla #154
Tucson, AZ 85741
Telephone (520) 544-9094

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: ) | CHAPTER 13 PROCEEDINGS |
| ) | |
| JAMES LEO MCEWEN ) | CASE NO.: 14-bk-15039-BMW |
| ) | |
| ) | **TRUSTEE'S MOTION TO DISMISS** |
| ) | **FOR DELINQUENT PLAN** |
| ) | **PAYMENTS** |
| DEBTOR | and |
| | **NOTICE OF INTENT TO LODGE** |
| | **ORDER DISMISSING CASE** |
| | **WITHOUT A HEARING;** |

<u>YOUR RIGHTS MAY BE AFFECTED. PLEASE READ THIS MOTION / NOTICE CAREFULLY AND DISCUSS WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.)</u>

<u>THIS MOTION MAY BE GRANTED WITHOUT FURTHER NOTICE OR HEARING</u>

Dianne C. Kerns, Trustee in the above-captioned estate, hereby moves the Court for an order dismissing the above-captioned case on the grounds that the Debtor is delinquent in one or more plan payments (1). **The amount of the current plan payment delinquency is: $1,125.00**. The Trustee hereby gives notice of her intent to lodge an order dismissing this case, **without further notice of hearing,** unless the Debtor completes one of the following **within 30 days of the mailing of this motion:**

(a) Makes payment to the Trustee of the full amount stated as delinquent PLUS any additional amounts that subsequently come due. (2)

(b) Files and serves a notice of conversion to Chapter 7; or

(c) Files and serves a request for a moratorium of delinquent plan payments (preferably in the form of an amended/modified plan using Local Plan form 13-2) and obtain an order approving the moratorium, following an oppotunity to object by any creditors and evaluation by the Trustee. LRBP Rules 2084-8, 2084-9, and 2084-10.

If the Debtor fails to timely do one of the above, the Trustee is specifically authorized to upload an order dismissing the case and **the Court may summarily dismiss the case without further notice or hearing**. LRBP 2084-15 (3)

CASE NO.: 14-bk-15039-BMW

Dated: April 26, 2017                               /s/  Dianne C. Kerns  011557
                                                    Dianne C. Kerns, Esq.
                                                    Chapter 13 Trustee

Copy of the foregoing electronically filed with U.S. Bankruptcy Court this April 26, 2017
All parties will receive notice from the court including the following:

JAMES LEO MCEWEN                                    BENJAMIN JOSEPH WRIGHT
1241 E RENEGADE TRAIL                               WRIGHT LAW OFFICES PLC
SAN TAN VALLEY, AZ  85143                           1418 NORTH SCOTTSDALE RD
                                                    STE 222
                                                    SCOTTSDALE, AZ  85257

Prepared by Dawn Hoffman

---

**1**   See Local Rules of Bankruptcy Procedure for the District of Arizona ("LRBP") Rule 2084-15. The Court provided notice of the local rules at commencement of this case in a document entitled "Notice of Certain Provisions of Local Bankrupcty Rules 2084-1 through 2084-26", which document was attached to the "Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, deadlines." The local rules may also be viewed at www.asb.uscourts.gov

**2**   Payments should be mailed to Dianne C. Kerns, Trustee, P.O. Box 366, Memphis TN 38101-0366. Cashiers checks or money orders only. Debtors do not need to send a confirmation copy of payments to the Trustee's office. Debtors may confirm that the Trustee has received payments by logging onto www.13datacenter.com or www.13network.com. In general, the information on these websites is 24-hours old.

**3**   Not earlier than 30 + 7 days after the mailing of this motion, the Trustee will determine whether to upload an order dismissing by (1) reviewing the court docket for conversions, extensions, objections, and/or moratoriums; and (2) reviewing the status of plan payments received by the Trustee's bank. The Debtor may object to the proposed dismissal order, by following the procedures in LBRP 2084-16. If the Court dismisses the case on this motion, the Debtor may seek reinstatement by following the procedures in LRBP 2084-17. The Trustee will only approve the reinstatement if the plan payments are current. If the Trustee does not approve the order of reinstatement the Debtor must set the reinstatement for hearing.

CASE NO.: 14-bk-15039-BMW

**RECEIPT HISTORY**

| RECEIPT DATE | RECEIPT SOURCE | RECEIPT DESCRIPTION | RECEIPT AMOUNT |
|---|---|---|---:|
| Nov 07, 2014 | 10596552867 | MONEY ORDER FROM DEBTOR | 75.00 |
| Nov 07, 2014 | 10596552859 | MONEY ORDER FROM DEBTOR | 950.00 |
| Dec 05, 2014 | 1760859000 - | ePay Standard Plan Payment | 1,025.00 |
| Mar 05, 2015 | 1961906000 - | ePay Standard Plan Payment | 525.00 |
| Apr 08, 2015 | 2041050000 - | ePay Standard Plan Payment | 490.00 |
| May 05, 2015 | 2105219000 - | ePay Standard Plan Payment | 490.00 |
| Jun 08, 2015 | 2183159000 - | ePay Standard Plan Payment | 490.00 |
| Jul 07, 2015 | 2250479000 - | ePay Standard Plan Payment | 490.00 |
| Aug 07, 2015 | 2323358000 - | ePay Standard Plan Payment | 695.00 |
| Sep 08, 2015 | 2397907000 - | ePay Standard Plan Payment | 695.00 |
| Oct 09, 2015 | 2472224000 - | ePay Standard Plan Payment | 525.00 |
| Nov 03, 2015 | 2532402000 - | ePay Standard Plan Payment | 545.00 |
| Dec 07, 2015 | 2613511000 - | ePay Standard Plan Payment | 535.00 |
| Jan 04, 2016 | 2677217000 - | ePay Standard Plan Payment | 535.00 |
| Feb 05, 2016 | 2758581000 - | ePay Standard Plan Payment | 535.00 |
| Mar 07, 2016 | 2834184000 - | ePay Standard Plan Payment | 535.00 |
| Apr 04, 2016 | 2910546000 - | ePay Standard Plan Payment | 535.00 |
| May 05, 2016 | 2989250000 - | ePay Standard Plan Payment | 535.00 |
| Jun 06, 2016 | 3063397000 - | ePay Standard Plan Payment | 535.00 |
| Jul 04, 2016 | 3141523000 - | ePay Standard Plan Payment | 535.00 |
| Sep 05, 2016 | 3292941000 - | ePay Standard Plan Payment | 535.00 |
| Oct 05, 2016 | 3376769000 - | ePay Standard Plan Payment | 535.00 |
| Nov 03, 2016 | 3452180000 - | ePay Standard Plan Payment | 535.00 |
| Jan 04, 2017 | 3605083000 - | ePay Standard Plan Payment | 535.00 |
| Feb 06, 2017 | 3693130000 - | ePay Standard Plan Payment | 535.00 |
| Mar 06, 2017 | 3770415000 - | ePay Standard Plan Payment | 535.00 |

**TOTAL RECEIPTS 14,485.00**